**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA
     Plaintiff

        v.

LUIS G. ALFONZO-DELGADO
    Defendant

CRIMINAL NO. 98CR283-01(PG)

NOTICE OF TO THE COURT

TO THE HONORABLE COURT:

    Plaintiff through the undersigned attorney hereby informs the Court that the Special Monetary Assessment and Restitution imposed in this case have been satisfied in full by defendant Luis G. Alfonzo-Delgado.

    I hereby certify that on this date a true copy of this motion was sent to Eustaquio Babilonia, Chief U.S. Probation Office, District of Puerto Rico.

    In San Juan, Puerto Rico, this 1st  day of November, 2004.

                  H. S. GARCIA
                  UNITED STATES ATTORNEY

                  S/REBECCA VARGAS VERA
                   Assistant U.S. Attorney
                   Financial Litigation Unit
                   USDC ID NO.  203307
                   Torre Chardon, Suite 1201
                   350 Carlos Chardon Street
                   San Juan, Puerto Rico  00918
                   Tel. 766-5656