**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>     Plaintiff<br><br>          v.<br><br>LUIS G. ALFONZO-DELGADO<br>   Defendant | CRIMINAL NO. 98CR283-01(PG) |

**ENTRY OF SATISFACTION**

The satisfaction of the Special Monetary Assessment and Restitution is hereby entered.

At San Juan, Puerto Rico, this _____ day of _____, 2004.

                                       FRANCES RIOS DE MORAN
                                       CLERK OF THE COURT
                                       UNITED STATES DISTRICT COURT
                                       FOR THE DISTRICT OF PUERTO RICO

                                       By: _____
                                                Deputy Clerk